UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-20488 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

O'NEIL MCLEON,
      Defendant(s).
_____/

### FUGITIVE ORDER

On September 15, 2005, an order was entered placing the defendant in fugitive status. On May 9, 2008, and individual purportedly named O'Neil McLeon was arrested and made an initial appearance before the Duty Magistrate. On May 12, 2008, the Government filed a motion to release the individual in custody as it appeared not to be the defendant in this case. The Court granted the motion and an order releasing the individual in custody was entered on May 12, 2008. Therefore, the defendant in this case remains at large. It appearing to the court that the above-named defendant is a fugitive from justice, it is therefore,

ORDERED AND ADJUDGED that the Clerk of Court shall remove the case from the Court's Pending Case List and shall place the case on the Clerk's Fugitive Case List.

DONE AND ORDERED at Miami, Florida, this _11_ day of June, 2008.

                              HONORABLE DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U. S. Pretrial Services Office